ACCEPTED
01-15-00220-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 11:32:15 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00220-CR, 01-15-00221-CR, 01-15-00222-CR

| | |
|---|---|
| **GARY JAMES COX,**<br>        **APPELLANT** | **IN THE COURT OF APPEALS** |
| **V.** | **FIRST        SUPREME        JUDICIAL**<br>**DISTRICT** |
| **THE STATE OF TEXAS,**<br>        **APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 11:32:15 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO
## FILE STATE'S RESPONSE BRIEF

### TO THE HONORABLE COURT OF APPEALS:

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of AGGRAVATED SEXUAL ASSAULT OF A CHILD WITH ENHANCEMENT, SEX OFFENDERS DUTY TO REGISTER LIFE/ANNUALLY, ATTEMPT TO COMMIT SEXUAL PERFORMANCE OF A CHILD WITH ENHANCEMENT, and was sentenced on 2/4/2015. The trial case was styled as *State of Texas v. Gary James Cox*, in the 122nd Judicial District Court of Galveston County, Texas, Cause No. 13-CR-0183, 13-CR-0184, 14-CR-3651. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/7/2015.

2. The present due date for filing the State's brief is 10/9/2015.

3. This is the State's second motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 12/9/2015.

1

5. The State requests this extension not for delay but because during the last sixty days, the undersigned attorney for the State:

- Completed a State's response brief on Writ of Mandamus in *In Re Antonio Sepeda*, 14-15-00288-CV, on 8/13/2015; and State's proposed Findings of Facts and Conclusions of Law regarding the same line of cases on 9/22/2015.

- Attended a TDCAA Legislative update on 8/20/2015.

- Completed a State's response brief in *Ralph Garcia v. State*, 01-14-00954-CR on 9/11/2015.

- Completed an Ander's Response in *Anthony Bradford v. State*, 14-15-00201-CR & 14-15-00202-CR, on 9/21/2015.

- Responded to *Appellant/Defendant's Motion for the Court to Declare Applicant is a Victim of Identity Theft and Applicant Requesting Declaration that Application is a Victim of Identity Theft* in Cause No. MD-322640; No. 14-13-00763-CR *Vincent Zahorik v. State* in County Court of Law No. 2, Galveston County; and argued at the hearing on September 29, 2015.

- Filed answers, responses, agreed orders, and appeared in court for hearings or docket on approximately 60 expunctions and nondisclosures, and misidentification expunctions.

- Completed a post-conviction writ answer on a capital life writ, case numbers: 98-CR-0358-83-3, 98-CR-0359-83-3, 98-CR-0360-83-3, 98-CR-0361-83-3, 98-CR-0362-83-3 (*Keith St. Aubin*); researched issues for supplement answer; and will file supplemental answer today.

6. The State must also complete its response brief to *Robert Rollins v. State*, 01-14-00768-CR, due on October 26, 2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until December 9, 2015.

Respectfully submitted,
JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24062850
allison.lindblade@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 416 words.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

3

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion

was emailed/ eFiled to Joel Bennett, Attorney for Appellant, at

joel@searsandbennett.com on October 9, 2015.

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

4

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on October 9, 2015, appeared Allison Lindblade, who by me duly sworn did depose and state on oath the following:

"I, Allison Lindblade, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

ALLISON LINDBLADE
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on October 9, 2015.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

5